IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                    CASE NO. 4:07cr00049-03 JMM

MILTON JARMON

## AMENDED JUDGMENT & COMMITMENT

The Judgment, entered in this case on September 4, 2008 (docket entry #276), is amended to correct a clerical error. Page 4, Paragraph 14, Additional Standard Conditions of Supervision, which states that Defendant shall participate in a substance abuse treatment program was not imposed at the time of sentencing. The judgment is amended to remove this condition of supervised release.

The remaining portions of the Judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this order to the United States Probation Office and the United States Marshals Office.

IT IS SO ORDERED this 8th day of September, 2008.

UNITED STATES DISTRICT JUDGE